NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Samuel Kerson

    v.                                   Case No. 5:20-cv-202

Vermont Law School, Inc.

TAKE NOTICE that the above-entitled case has been scheduled at 1:30 PM on Wednesday, February 24, 2021, in Rutland, Vermont, before Honorable Geoffrey W. Crawford, Chief Judge, for a hearing on the Motion for Preliminary Injunction (Doc. 6).

Location: Main Courtroom

JEFFREY S. EATON, Clerk

By: *Pamela J. Lane*
Deputy Clerk
2/1/2021

TO:

Richard I. Rubin, Esq.
Steven J. Hyman, Esq.

Plaintiff, Samuel Kerson, to appear by video conference

Justin B. Barnard, Esq.
Karen McAndrew, Esq.

Anne Henry, Court Reporter