## INDEX OF ATTACHMENTS

Vermont Law School, Inc.'s Opposition to Plaintiff's
Motion for a Preliminary Injunction
Case No. 5:20-cv-0202 gwc

|   | **DOCUMENT** |
|---|---|
|   | Declaration of Shirley Jefferson |
|   | Declaration of Jameson Davis |
| A | Exhibit A to Davis Declaration – Petition for removal of mural |
|   | Declaration of April Urbanowski |
|   | Declaration of Jeffrey Knudsen |
| A | Exhibit A to Knudsen Declaration - Acoustic Panel Cut Sheet Final |
| B | Exhibit B to Knudsen Declaration – Photograph of Mural |