# EXHIBIT A

To Jeffrey Knudsen Declaration

Acustimac
Super Size Acoustic Panels in your choice of fabric - 8'x4'x2"
SKU
XL842
DMD Fabric

Mineral Wool Core

SUPER SIZED - EXCELLENT FOR LARGER SPACES- Filled with the best acoustic core material available, they look stylish, work great and have sound absorption properties much superior than acoustic foam. Our DMD-842 sound Panels are elegant, stylish and very effective. They come wrapped in our beautiful DMD Fabric.

