# EXHIBIT B

To Jeffrey Knudsen Declaration

