UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| SAMUEL KERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERMONT LAW SCHOOL, INC., )<br>)<br>Defendant. ) | Case No. 5:20-cv-202 |

### REQUEST FOR ADDITIONAL INFORMATION

In preparation for the preliminary injunction hearing, now scheduled for February 24, 2021, the court requests that defendant file additional information about its plan to install acoustic panels in front of the mural so as to conceal it from view. The court requests:

1. On or before February 12, 2021, defendant shall file construction drawings showing the design and construction method of the proposed acoustic tile addition. The detail shall be sufficient to permit plaintiff's expert to determine whether the mural will be concealed unharmed behind the addition.

2. Within the same period of time, defendant shall file an explanation of its intended course of action if a student, visitor, or any other person asks to see the mural.

The court further requests that at the hearing, plaintiff be prepared to discuss the adequacy of these measures to protect his rights under the Visual Artist Rights Act, 17 U.S.C. sec. 106A. If plaintiff has additional measures to suggest, these must be filed with the court not later than February 22, 2021.

Dated at Burlington, in the District of Vermont, this 4th day of February, 2021.

Geoffrey W. Crawford, Chief Judge
United States District Court