# The Underground Railroad, Vermont and the Fugitive Slave

### CREATED BY SAM KERSON

Located on the walls of Chase Hall, Vermont Law School, South Royalton, VT



Panel 1 of 2 - ( 8 feet high by 24 feet long)

this panel entitled *Slavery*, contains 4 scenes:
- Capturing people in Africa
- Selling humans in the USA
- Slave Labour
- insurection

# The Underground Railroad, Vermont and the Fugitive Slave

CREATED BY SAM KERSON

Located on the walls of Chase Hall, Vermont Law School, South Royalton, VT



Panel 2 of 2 - ( 8 feet high by 24 feet long)

this panel entitled *Liberation*, and contains 4 scenes:
- Harriet Beecher Stowe, John Brown and Frederick Douglass
- Harriet Tubman Arriving in Vermont
- South Royalton inhabitants sheltering the refugees
- Vermonters providing travel aide and Montpelier in the background