UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

SAMUEL KERSON,            )
                          )
    Plaintiff,            )
                          )
v.                        )    Case No. 5:20-cv-202
                          )
VERMONT LAW SCHOOL,       )
                          )
    Defendant.            )

## ORDER

Plaintiff has requested additional time to conduct discovery and retain his own expert concerning potential deterioration of the mural behind the proposed panel wall. (Doc. 26-2). The court grants this request and permits 60 days commencing May 1, 2021, for discovery and identification of an expert. The court will schedule a hearing on the pending summary judgment motion after July 1, 2021.

Dated at Burlington, in the District of Vermont, this 22nd day of April, 2021.

Geoffrey W. Crawford, Chief Judge
United States District Court