NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Samuel Kerson

      v.                                                      Case No. 5:20-cv-202

Vermont Law School, Inc.

TAKE NOTICE that the above-entitled case has been scheduled at 10:00 a.m. on Friday, October 08, 2021 in The Vermont Law School before Honorable Geoffrey W. Crawford, District Judge, for a hearing on Motion for Summary Judgment, (Doc. 10).

| | |
|---|---|
| Location: Oakes Hall – Rooms 107 and 109<br>164 Chelsea Street, South Royalton, VT | JEFFREY S. EATON, Clerk<br><br>By: */s/ Elizabeth S. Britt*<br>Deputy Clerk<br>7/30/2021 |

TO:

Richard I. Rubin, Esq.
Steven J. Hyman, Esq.

Justin B. Barnard, Esq.
Karen McAndrew, Esq.

Sunnie Donath, Court Reporter