REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Samuel Kerson

    v.                                                Case No. 5:20-cv-202

Vermont Law School, Inc.

TAKE NOTICE that the above-entitled case has been scheduled at 10:00 AM on Friday, October 8, 2021 at Vermont Law School before Honorable Geoffrey W. Crawford, Chief Judge, for a hearing on the Motion for Summary Judgment (Doc. 10).

Location:  
Vermont Law School, Oakes Hall  
Rooms 109 & 110  
164 Chelsea Street,  
South Royalton, VT

REVISED AS TO ROOM CHANGE ONLY

JEFFREY S. EATON, Clerk

By: *Pamela J. Lane*  
Deputy Clerk  
8/3/2021

TO:

Richard I. Rubin, Esq.  
Steven J. Hyman, Esq.  
Oliver R. Chernin, Esq.

Justin B. Barnard, Esq.  
Karen McAndrew, Esq.

Sunnie Donath, Court Reporter