UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

_____

File Number: 5:20-cv-00202-gwc

| | |
|---|---|
| SAMUEL KERSON, | ) |
| Plaintiff, | ) |
| | ) |
| VERMONT LAW SCHOOL, INC. | ) |
| Defendant. | ) |

Notice is hereby given that SAMUEL KERSON, plaintiff in the above-referenced case, hereby appeals to the United States Court of Appeal for the Second Circuit from a FINAL JUDGMENT ORDER entered in this action on the 8th day of November 2021.

By: /s/ Steven J. Hyman

Steven J. Hyman (2097)
McLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, New York 10016
Phone: (212) 448-1100
Fax: (212) 448-0066
shyman@mclaughlinstern.com
*Attorneys for Plaintiff*

Date: November 23, 2021

CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2021, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system.  The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF parties:

Karen McAndrew, Esq.
kmcandrew@dinse.com

Justin B. Barnard, Esq.
jbarnard@dinse.com

Dated:  November 23, 2021

/s/ Oliver R. Chernin
Oliver R. Chernin, Esq.