**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of August, two thousand twenty-two,

Before:  Debra Ann Livingston,
   *Chief Judge,*
 José A. Cabranes,
   *Circuit Judge,*
 Rachel P. Kovner,
   *District Judge.*[*]

_____

Samuel Kerson,

   Plaintiff - Appellant,

v.

Vermont Law School, Inc.,

   Defendant - Appellee.

_____

**JUDGMENT**

Docket No. 21-2904

The appeal in the above captioned case from a judgment of the United States District Court for the District of Vermont was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

**MANDATE ISSUED ON 09/08/2023**

_____

[*] Judge Rachel P. Kovner of the United States District Court for the Eastern District of New York, sitting by designation.